**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 17-194** |
| **MICHAEL J. COTTON** | **SECTION "B"(3)** |

### ORDER

Michael J. Cotton has filed a "Motion for Compassionate Release" pursuant to 18 U.S.C. § 3582. Rec. Doc. 33. In order for the Court to determine the action, if any, that shall be taken on this motion,

**IT IS ORDERED** that the Clerk of Court serve a copy of the motion and this order on the United States Attorney for the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that, not later than **November 18, 2019** the United States Attorney for the Eastern District of Louisiana shall file a response containing the Government's position concerning the defendant's motion.

New Orleans, Louisiana this 10th day of October, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE